UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

vs.

Case No. 04-CV-73733
HON. GEORGE CARAM STEEH

INTERNATIONAL HOUSE OF PANCAKES,

      Defendant.

_____/

## JUDGMENT

Pursuant to the terms of a Consent Decree filed by the parties and entered by the court on even date,

IT IS ORDERED AND ADJUDGED that plaintiff EEOC's claims on behalf of complainant Jinks Greiner are hereby DISMISSED consistent with the terms of the Consent Decree.

Dated at Detroit, Michigan, March 29, 2006.

DAVID J. WEAVER
CLERK OF THE COURT

By: s/Josephine Chaffee
Deputy Clerk

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on March 29, 2006, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk